UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESLEY A. MORAN, | ) | Case No. CV 15-7108 JC |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| PEOPLE, | ) ) | |
| Respondent. | ) ) | |

 Pursuant to this Court's Order Granting Motion to Dismiss and Dismissing Petition for Writ of Habeas Corpus and Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

 IT IS SO ADJUDGED.

DATED: January 27, 2016

              /s/
            Honorable Jacqueline Chooljian
            UNITED STATES MAGISTRATE JUDGE